IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-050 |
| | ) | |
| KENNETH REED, JR. | ) | |

### ORDER

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's motions to suppress. (Doc. nos. 25, 30, 35.)

SO ORDERED this _19th_ day of July, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE