IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
24 MAR 14 PH 3:41
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:16CR00050-1 |
| | ) | |
| Kenneth Reed, Jr. | ) | |

## ORDER

On December 13, 2017, Kenneth Reed, Jr. appeared before the Court for sentencing, after pleading guilty to the offense of possession of a firearm by a convicted felon, and was sentenced to forty-six months imprisonment, followed by a three-year term of supervised release. Reed was also ordered to pay a $1,000 fine and a $100 special assessment. Reed commenced his term of supervised release on November 4, 2020.

On May 20, 2022, the probation officer submitted a petition to show cause why Reed's term of supervised release should be revoked. The petition alleged that Reed failed to refrain from drug (marihuana) usage, as confirmed by drug testing, on November 5, 2020; committed new offenses (disrupting a public school and obstruction of a law enforcement officer) on May 11, 2022; failed to comply with the curfew condition on May 18, 2021, and June 6, 2021; failed to complete court-ordered community service; failed to maintain employment and notify the probation officer of a change in employment; and failed to follow instructions from the probation officer.

On March 12, 2024, a final revocation hearing was held to address the violations outlined above. Reed, through his attorney, stipulated to all violations outlined in the petition, and the Court found sufficient evidence to support revocation. However, the Court recessed the matter, permitting Reed to remain on supervision for fourteen months. While in recess, all conditions of supervision previously imposed by the Court on December 13, 2017, shall remain in full force and

effect. The Court conveys that if Reed complies with the conditions of his supervision, including urinalysis testing, maintaining employment as directed the probation officer, and reporting as instructed, Reed will be discharged from supervision on August 12, 2025. The Court further instructed Reed, and the probation office, that if Reed violates the terms and conditions of his supervision, he is to immediately be brought back before the Court for revocation. The Court further remits the remaining balance of community service hours to allow Reed to maintain employment.

   **SO ORDERED**, this ___14___ day of March, 2024.

_____
Dudley H. Bowen, Jr.
United States District Judge